IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01846-PAB-BNB

JOSEPH WELLS,

Plaintiff,

v.

DAVID PRESS, and
SHARI PRESS,

Defendants.

---

## MINUTE ORDER
---

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

      This matter is before the Court on the **Defendants' Second Unopposed Motion to Amend the Scheduling Order Deadlines and Request to Reset the Final Pretrial Conference** [docket no. 21, filed February 1, 2013] (the "Motion").

      IT IS ORDERED that the Motion is GRANTED and the Scheduling Order is amended as follows:

    Expert Witness Disclosures:
        The parties shall designate all experts and provide opposing
        counsel with all information specified in Fed. R. Civ. P. 26(a)(2)
        on or before **March 29, 2013**;

        The parties shall designate all rebuttal experts and provide
        opposing counsel with all information specified in Fed. R. Civ. P.
        26(a)(2) on or before **April 30, 2013**;

| | |
|---|---|
| Discovery Cut-Off: | **May 15, 2013**; |
| Dispositive Motion Deadline: | **June 14, 2013**. |

      IT IS FURTHER ORDERED that the Pretrial Conference set for May 30, 2013, is **vacated and reset to August 14, 2013, at 8:30 a.m.,** in Courtroom A-401, Fourth Floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294.  The proposed Pretrial Order, submitted pursuant to District of Colorado ECF Procedures V.5.1, is due on or before **August 7, 2013**.  Please remember that anyone seeking entry into the Alfred A. Arraj

United States Courthouse will be required to show a valid photo identification.  <u>See</u> D.C.COLO.LCivR 83.2B.


DATED:  February 1, 2013