IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01846-PAB-BNB

JOSEPH WELLS,

Plaintiff,

v.

DAVID PRESS, and
SHARI PRESS,

Defendants.

---

## MINUTE ORDER

---

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Defendants' Unopposed Motion to Amend the Scheduling Order Deadlines** [docket no. 29, filed April 17, 2013] (the "Motion").

IT IS ORDERED that the Motion is GRANTED and the Scheduling Order is amended as follows:

The parties shall designate all rebuttal experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **May 17, 2013**;

Discovery Cut-Off:                            **May 31, 2013**;

DATED:  April 18, 2013